# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2096

_____

KELCEY JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

November 22, 2023

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kelcey Jones, pro se, Petitioner.

No appearance for Respondent.